UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SEGURA,

    Plaintiff,

    v.

MOLLY O'NEAL,

    Defendant.

Case No. 15-cv-00854-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. On July 29, 2015, the Court dismissed the complaint with leave to amend after discussing its deficiencies. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as set forth in the Court's prior screening order.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SEGURA,

    Plaintiff,

v.

MOLLY O'NEAL,

    Defendant.

Case No.  15-cv-00854-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Segura ID: Patient No.  365-7
P.O. Box 5003
Coalinga, CA 93210-5003

Dated: November 17, 2015

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2